**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/27/19 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BRUCE D. NICHOLLS
CRYSTAL J. NICHOLLS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:13-24354

Chapter 13

Related to Dkt. No. 158

ORDER OF COURT

  AND NOW, this __27th__ day of __March__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-24354-GLT
Bruce D. Nicholls                                               Chapter 13
Crystal J. Nicholls
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Mar 27, 2019
                              Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
```
db/jdb         +Bruce D. Nicholls,    Crystal J. Nicholls,    266 Castle Road,    Pittsburgh, PA 15234-2309
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13731168       +Asset Acceptance, LLC,    c/o Fulton, Friedman & Gullace, LLP,    130B Gettysburg Pike,
                 Mechanicsburg, PA 17055-5653
13765125       +Borough of Castle Shannon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13731171       +Homeprjvisa,    Po Box 94498,    Las Vegas, NV 89193-4498
13731176       +National Asset Mgmt Ll,    400 Rouser Road Suite 202,    Moon Twp, PA 15108-2749
13731177        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13731179       +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
13731180       +Salute,    Pob 105555,    Atlanta, GA 30348-5555
13731181       +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
13731182      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,     101 5th St E Ste A,    St Paul, MN 55101)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bncmail@w-legal.com Mar 28 2019 03:01:38      ACM RIVERWALK IV B LLC,,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bncmail@w-legal.com Mar 28 2019 03:01:38      Altair OH XIII, LLC,,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2019 03:02:45
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13786095       +E-mail/Text: bncmail@w-legal.com Mar 28 2019 03:01:38      ACM RIVERWALK IV B LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13774585       +E-mail/Text: bncmail@w-legal.com Mar 28 2019 03:01:38      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13738977       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 28 2019 03:01:18      Asset Acceptance LLC,
                 P.O. Box 2036,    Warren MI 48090-2036
13731167       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 28 2019 03:01:18      Asset Acceptance LLC,
                 c/o Mr. Rion B. Needs, CEO,    28405 Van Dyke Avenue,    Warren, MI 48093-7132
13731169       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 03:03:30      Capital One, N.a.,
                 C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
13731170        E-mail/Text: bankruptcy@cavps.com Mar 28 2019 03:01:44      Cavalry Portfolio Services, LLC as,
                 on behalf of Cavalry SPV I, LLC,    Re: Wells Fargo/Gillece Plumbing,
                 500 Summit Lake Drive Ste.,    Valhalla, NY 10595-1340
13742067       +E-mail/Text: bankruptcy@cavps.com Mar 28 2019 03:01:44      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13767491       +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2019 03:02:07      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13771942        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 28 2019 03:01:40      DENOVUS CORPORATION LTD,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
13784962        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 28 2019 03:01:40      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13731172       +E-mail/Text: bncnotices@becket-lee.com Mar 28 2019 03:00:26      Kohls,    Attn: Recovery Dept,
                 Po Box 3120,    Milwaukee, WI 53201-3120
13738208        E-mail/Text: bkr@cardworks.com Mar 28 2019 03:00:13      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13731173       +E-mail/Text: bkr@cardworks.com Mar 28 2019 03:00:13      Merrick Bk,    Po Box 23356,
                 Pittsburgh, PA 15222-6356
13731174       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2019 03:01:22      Midland Credit Management,
                 Re: Salute Visa/Urban Trust Bank,    Po Box 939019,    San Diego, CA 92193-9019
13731175       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2019 03:01:22      Midland Credit Management,
                 Re: Target,    8875 Aero Drive,    San Diego, CA 92123-2255
13731178        E-mail/Text: blegal@phfa.org Mar 28 2019 03:01:27      Pa Housing Finance Agency,
                 Attn: Escrow Dept.,    PO Box 15057,    Harrisburg, PA 17105-5057
13739901        E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 03:00:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13987664        E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2019 03:02:45
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13731183       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2019 03:00:41      WFNNB / Lane Bryant,
                 Po Box 182686,    Columbus, OH 43218-2686
                                                                                              TOTAL: 22
```

```
District/off: 0315-2           User: culy                  Page 2 of 2                   Date Rcvd: Mar 27, 2019
                               Form ID: pdf900             Total Noticed: 34
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Borough of Castle Shannon
13731184         Wfnnb/fashion Bug
13732533       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                 TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
```
          Bryan P. Keenan    on behalf of Joint Debtor Crystal J. Nicholls keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor Bruce D. Nicholls keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Plaintiff Bruce D. Nicholls keenan662@gmail.com,
           melindap662@gmail.com
          James   Warmbrodt     on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Lisa   Cancanon     on behalf of Creditor    Altair OH XIII, LLC, lisac@w-legal.com
          Lisa   Cancanon     on behalf of Creditor    ACM RIVERWALK IV B LLC, lisac@w-legal.com
          Lois M. Vitti    on behalf of Creditor    Pennsylvania Housing Finance Agency nicole@vittilaw.com,
           loismvitti@vittilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```